**BLANK ROME LLP**
Gregory M. Bordo (SBN 156147)
Greg.Bordo@BlankRome.com
Christopher J. Petersen (SBN 251439)
Chris.Petersen@BlankRome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:     424.239.3434

Attorneys for Plaintiff
LIFELINE LEGACY HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LIFELINE LEGACY HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>OZY MEDIA, a Delaware corporation; SAMIR RAO, an individual; CARLOS WATSON, an individual,<br><br>Defendants. | Case No. 5:21-cv-07751-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF SECOND AMENDED COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff LifeLine Legacy Holdings, LLC, hereby voluntarily dismisses the above-captioned action in its entirety and as to all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No defendant has answered the Second Amended Complaint or filed a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

DATED: November 7, 2022         BLANK ROME LLP

                                By: */s/ Christopher J. Petersen*
                                    Gregory M. Bordo
                                    Christopher J. Petersen
                                Attorneys for Plaintiff
                                LIFELINE LEGACY HOLDINGS, LLC

163056.00601/129865446v.1